AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

JESSICA SMITH, et al.

|  |  |
|---|---|
| | CASE NUMBER: 08CV3352 |
| V. | ASSIGNED JUDGE: JUDGE KENDALL |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC. | DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN |

TO: (Name and address of Defendant)

Learning Curve Brands, Inc.
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth A. Fegan, Esq.
Hagens Berman Sobol Shapiro LLP
820 North Blvd., Suite B
Oak Park, IL 60301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(By) DEPUTY CLERK_

**June 11, 2008**

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

<table>
<tr><td colspan="2" align="center"><b>RETURN OF SERVICE</b></td></tr>
<tr><td>Service of the Summons and complaint was made by me<sup>(1)</sup></td><td>DATE<br>June 12, 2008</td></tr>
<tr><td>NAME OF SERVER <i>(PRINT)</i>   Daniel J. Kurowski</td><td>TITLE<br>Attorney</td></tr>
</table>

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where served: _____

_____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

_____

_____

**G** Other (specify): _____ Service completed on Defendant's registered agent:

CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL

c/o Mr. Tim Light.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 12, 2008
_____          _____
            Date                    Signature of Server

Hagens Berman Sobol Shapiro LLP

820 North Blvd., Suite B, Oak Park, IL 60301
_____
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.