IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA SMITH, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 CV 3352 |
| v. | ) ) ) | Judge Kendall |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

**DEFENDANT LEARNING CURVE BRANDS INC.'S**
**FRCP 7.1 and L.R. 3.2 STATEMENTS**

NOW COMES a Defendant, LEARNING CURVE BRANDS, INC. ("Learning Curve"), by its attorneys Ice Miller LLP and hereby makes the following disclosures pursuant to FRCP 7.1 and L.R. 3.2.

1. **FRCP 7.1 Disclosure Statement**

    (a)  RC2 Corporation is the parent corporation of Learning Curve and owns more than 10% of its stock.

2. **L.R. 3.2 Statement – Notification of Affiliates**

    (a)  RC2 Corporation owns more than 5% of the stock of Learning Curve.

        Respectfully submitted,

        LEARNING CURVE BRANDS, INC.

        s/Bart T. Murphy
        Bart T. Murphy
        Ice Miller LLP
        2300 Cabot Dr., Ste,. 455
        Lisle, IL 60532
        (630) 955-6392

Bart T. Murphy
Thomas J. Hayes
Ice Miller LLP
2300 Cabot Dr., Ste.455
Lisle, IL 60532
630-955-6392

## CERTIFICATE OF SERVICE

  The undersigned an attorney, states that on June 26, 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

    Elizabeth A. Fegan beth@hbsslaw.com
    Daniel J. Kurowski dank@hbsslaw.com
    Timothy P. Mahoney timm@hbsslaw.com


    s/Bart T. Murphy

    Bart T. Murphy
    Ice Miller LLP
    2300 Cabot Dr., Ste,. 455
    Lisle, IL 60532
    (630) 955-6392

C/67402.1