# United States District Court
# Northern District of Illinois

In the Matter of

Smith

v.

Playtex Products, et al.

Case No. 08 C 3352

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Virgina M. Kendall** to be related to **08 C 2703** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Joan H. Lefkow

Dated: June 27, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Joan H. Lefkow.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUN 3 0 2008

Finding of Relatedness (Rev. 9/99)