IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSICA SMITH, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PLAYTEX PRODUCTS, INC., RC2 )<br>CORPORATION, LEARNING CURVE )<br>BRANDS, INC., and MEDELA, INC., )<br>)<br>Defendants. ) | No. 08 CV 3352<br><br>Judge Lefkow<br>Mag. Judge Schenkier |

**DEFENDANT LEARNING CURVE BRANDS, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COMES a Defendant Learning Curve Brands, Inc.[1], by its counsel, Ice Miller LLP, and pursuant to Fed. Rules of Civ. Pro. 9(b), 12(b)(1) and 12(b)(6), hereby moves to dismiss Plaintiff's Complaint for lack of standing or failure to state a claim upon which relief may be granted as more fully set forth in Defendants' Memorandum of Law in support of this Motion.

Respectfully submitted,

LEARNING CURVE BRANDS, INC.

s/ Bart T. Murphy
By one of its attorneys
Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

---

[1] As of the date of this filing Learning Curve Brands, Inc. is the only Defendant served according to the docket.

Bart T. Murphy
Jenee Straub
Thomas Hayes
Ice Miller LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

(Of Counsel)
Judith Okenfuss
Juliana Plawecki
Ice Miller LLP
One American Square, Ste. 3100
Indianapolis, IN 46282-0200
317-236-7102

**CERTIFICATE OF SERVICE**

      The undersigned an attorney, state that on the 2nd day of July 2008 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

      Elizabeth A. Fegan  beth@hbsslaw.com
      Daniel J. Kurowski  dank@hbsslaw.com
      Timothy P. Mahoney  timm@hbsslaw.com

      s/Bart T. Murphy
      Bart T. Murphy
      Ice Miller LLP
      2300 Cabot Dr., Ste,. 455
      Lisle, IL 60532
      (630) 955-6392

Bart T. Murphy
Jenee Straub
Thomas Hayes
Ice Miller LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392