IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA SMITH, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 CV 3352 |
| PLAYTEX PRODUCTS, INC., RC2 CORPORATION, LEARNING CURVE BRANDS, INC., and MEDELA, INC., | ) ) ) ) | Judge Lefkow Mag. Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE THAT on July 8th, 2008 at 9:30 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Joan Humphrey Lefkow or whomever may be designated to sit in her stead, in Courtroom 1925 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANT LEARNING CURVE BRANDS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**.

Respectfully submitted,

LEARNING CURVE BRANDS. INC.

s/ Bart T. Murphy_____
By one of its attorneys
Bart T. Murphy
ICE MILLER LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

Bart T. Murphy
Jenee Straub
Thomas Hayes
ICE MILLER LLP
2300 Cabot Dr., Suite 455
Lisle, IL  60532
630-955-6392

(Of Counsel)
Judith Okenfuss
Juliana Plawecki
Ice Miller LLP
One American Square, Ste. 3100
Indianapolis, IN 46282-0200
317-236-7102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of July, 2008, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

Elizabeth A. Fegan  beth@hbsslaw.com
Daniel J. Kurowski  dank@hbsslaw.com
Timothy P. Mahoney  timm@hbsslaw.com

s/Bart T. Murphy_____
Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Ste,. 455
Lisle, IL 60532
(630) 955-6392