## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3352 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Smith vs. Playtex Products, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The above captioned case, Case No. 08 C 3352, shall be consolidated with Case No. 08 C 2703, which shall be the lead case.  Any and all further filings for Case No. 08 C 3352, shall be made in Case No. 08 C 2703.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|