UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jessica Smith
Plaintiff,

v.   Case No.: 1:08−cv−03352
   Honorable Joan H. Lefkow

Playtex Products Inc, et al.
Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held on 7/8/2008. Defendant, Learning Curve Brands' motion to dismiss plaintiffs complaint [12] is entered and continued. Plaintiffs to respond by 7/29/2008. Defendant to reply by 8/12/2008. Ruling will be by mail unless otherwise notified. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.